**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ROTHPHILA BEARNG

Debtor(s)

: CHAPTER 13
:
: BANKRUPTCY NO. 23-12954-MDC
:

**PRAECIPE TO WITHDRAW DOCUMENT**

Kindly withdraw the Chapter 13 Trustee's No.12

Respectfully submitted,

Date: 11/27/2023

/s/ Kenneth E. West
Kenneth E. West, Esquire
Chapter 13 Standing Trustee