## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Rothphila Bearing | : | Chapter 13 |
| | : | Case No.: 23-12954 MDC |
| Debtor(s) | : | |

## NOTICE OF OBJECTION TO CLAIM

Brad J. Sadek, Esq., attorney for the Debtors in the above captioned matter has filed an Objection to the Proof of Claim filed by Upstart Network, Inc. numbered 4-1 for the reasons detailed in the enclosed Motion.

1. Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to change or eliminate your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held on **April 10, 2024 at 10:30 AM in Courtroom #2,** United States Bankruptcy Court. If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

3. If you intend to appear at the hearing to contest the objection to your claim, you must notify the person listed below at least 7 days before the hearing date. If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Dated:  March 4, 2024

/s/ Brad J. Sadek, Esquire
Brad J. Sadek, Esq.
Counsel for Debtor(s)
1500 JFK Boulevard
Suite #220
Philadelphia, PA 19102
215-545-0008