Upstart Network, Inc
PO BOX 1931
Burlingame, CA 94011

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

**NOTICE OF WITHDRAWAL**

In re:  ROTHPHILA BEARNG
CHAPTER 13
CASE NUMBER: 23-12954

TO: Clerk of the Court

Please withdraw claim number 4 in the amount of $13807.11 on behalf of Upstart Network, Inc.

DATED: 3/26/2024

Upstart Network, Inc

/s/  Larry Yip