United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 23-12954-mdc

Rothphila Bearng                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 155 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rothphila Bearng, 56 N. Sycamore Avenue, Clifton Heights, PA 19018-1401 |
| 14819198 | + | Kathyana Bearng, 56 N. Sycamore Avenue, Clifton Heights, PA 19018-1401 |
| 14821872 | + | Pennymac Loan Services, LLC, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14819194 | + | Email/Text: rm-bknotices@bridgecrest.com | Apr 13 2024 00:12:00 | Bridgecrest, 7300 East Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 14821651 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:19:05 | Bridgecrest Acceptance Corporation, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14822073 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:19:01 | Bridgecrest Acceptance Corporation Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14819195 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2024 00:19:01 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14822036 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:18:54 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14822166 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2024 00:19:05 | Capital One N.A. by American InfoSource as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 14827517 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:18:55 | Carvana, LLC / Bridgecrest, c/o AIS Portfolio Services, LLC, PO Box 4138, Houston TX 77210-4138 |
| 14826841 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 13 2024 00:19:00 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14822680 | | Email/Text: mrdiscen@discover.com | Apr 13 2024 00:12:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 14819197 | + | Email/Text: mrdiscen@discover.com | Apr 13 2024 00:12:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14821407 | ^ | MEBN | Apr 13 2024 00:09:44 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14819199 | + | Email/PDF: ebnotices@pnmac.com | Apr 13 2024 00:19:02 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14834716 | + | Email/PDF: ebnotices@pnmac.com | Apr 13 2024 00:18:54 | PennyMac Loan Services, LLC., P.O. Box 2410, |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 155 | Total Noticed: 22 |

| | | | | Moorpark, CA 93020-2410 |
|---|---|---|---|---|
| 14835763 | + | Email/PDF: ebnotices@pnmac.com | Apr 13 2024 00:18:54 | PennyMac Loan Services, LLC., P.O. Box 660929, Dallas, TX 75266-0929 |
| 14819200 | + | Email/Text: bankruptcy@sw-credit.com | Apr 13 2024 00:12:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14830577 | | Email/Text: bankruptcy@springoakscapital.com | Apr 13 2024 00:12:00 | Spring Oaks Capital SPV, LLC, P. O. Box 1216, Chesapeake, VA 23327-1216 |
| 14820172 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Apr 13 2024 00:18:53 | U.S. Department of Housing and Urban Development, 801 Market Street, Philadelphia, PA 19107 |
| 14819201 | + | Email/Text: LCI@upstart.com | Apr 13 2024 00:12:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14822521 | ^ | MEBN | Apr 13 2024 00:09:39 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14819196 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Rothphila Bearng brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|     Rothphila Bearng | ) | Case No. 23−12954−mdc |
| | ) | |
| | ) | |
|     Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 12, 2024

For The Court

Magdeline D. Coleman
Chief Judge, United States Bankruptcy Court