# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Rothphila Bearng | : | |
| | : | Case No.: 23-12954-AMC |
| Debtor(s) | : | |

## **CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: July 29, 2024        /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek Law Offices, LLC
                            1500 JFK Boulevard, Suite #220
                            Philadelphia, PA 19102
                            brad@sadeklaw.com
                            215-545-0008