### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Chapter 13 |
| Rothphila Bearng | : | |
| | : | Case No. 23-12954-AMC |
| Debtor. | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Motion to Approval Partial Claim, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Partial Claim is APPROVED.

BY THE COURT:

Date: August 16, 2024

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE