## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Rothphila Bearng<br><br>        Debtor(s)<br><br>Pennsylvania Housing Finance Agency, its successors and/or assigns<br><br>        Movant<br><br>    vs.<br><br>Rothphila Bearng<br><br>        Debtor(s)<br><br>Kenneth E. West<br><br>        Trustee | CHAPTER 13<br><br><br><br>NO. 23-12954 DJB<br><br><br><br>11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Proof of Claim of Pennsylvania Housing Finance Agency, which was filed with the Court on or about **September 6, 2024, Claim #9-1**.

Respectfully submitted,


**/s/ Matthew Fissel, Esquire**
Matthew Fissel, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322


November 16, 2020