### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Rothphila Bearng | : | |
| | : | Case No.: 23-12954-DJB |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Second Motion to Modify Plan After Confirmation* and respectfully request that the Order attached to the Motion be entered.

Dated: August 8, 2025        /s/ Brad J. Sadek, Esquire
                                                             Brad J. Sadek, Esquire
                                                             Sadek Law Offices, LLC
                                                             1500 JFK Boulevard, Suite #220
                                                             Philadelphia, PA 19102
                                                             brad@sadeklaw.com
                                                             215-545-0008