# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
|    Rothphila Bearng | : | Chapter 13 |
|  | : | Case No.: 23-12954-DJB |
|    Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  68 , the "Motion");

It is hereby ordered that

1)    The Motion is granted; and

2)    The Modified Plan (doc. #  76 ) is approved.

DATE: **August 14, 2025**

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE