United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 23-12954-djb

Rothphila Bearng                                                            Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                    User: admin                         Page 1 of 2

Date Rcvd: Aug 14, 2025                 Form ID: pdf900                      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

**Recip ID              Recipient Name and Address**
db              + Rothphila Bearng, 56 N. Sycamore Avenue, Clifton Heights, PA 19018-1401

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

**Name                          Email Address**

BRAD J. SADEK
                                on behalf of Debtor Rothphila Bearng brad@sadeklaw.com
                                bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

KENNETH E. WEST
                                ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                                on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

MATTHEW K. FISSEL
                                on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

MATTHEW K. FISSEL

District/off: 0313-2                                    User: admin                                            Page 2 of 2
Date Rcvd: Aug 14, 2025                          Form ID: pdf900                                   Total Noticed: 1

on behalf of Debtor Rothphila Bearng bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Rothphila Bearng | : | Chapter 13 |
| | : | Case No.: 23-12954-DJB |
| Debtor | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW upon consideration of the Debtor[s'] Motion to Modify the confirmed chapter 13 Plan (doc. #  68 , the "Motion");

It is hereby ordered that

1)    The Motion is granted; and

2)    The Modified Plan (doc. #  76 ) is approved.


DATE:  **August 14, 2025**        _____

DEREK J. BAKER
U.S. BANKRUPTCY JUDGE