**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Rothphila Bearng,

Case No.  23-12954-DJB
Chapter 13

*Debtor*.

**Praecipe to Withdraw Document**

To the Clerk of Court:

     Please withdraw the Motion to Approve Partial Claim that was filed at ECF No. 83. Thank

you.

Date: July 27, 2026

SADEK LAW OFFICES, LLC
*Attorney for Debtor*

By: /s/ Brad J. Sadek, Esq.
    Brad J. Sadek, Esq.
    1500 JFK Boulevard, Suite 220
    Philadelphia, PA 19102
    215-545-0008
    brad@sadeklaw.com