**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Rothphila Bearng<br>Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>Movant<br>vs.<br>Rothphila Bearng<br>Debtor(s) | NO. 23-12954 DJB |
| Kenneth E. West<br>Trustee | 11 U.S.C. Sections 362 |

**ORDER**

AND NOW, this day of , 2026 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on **May 14, 2026** does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

**Date: August 19, 2026**

United States Bankruptcy Judge.

cc: See attached service list

Rothphila Bearng
56 N. Sycamore Avenue
Clifton Heights, PA 19018

Brad J. Sadek
Sadek Law Offices, LLC
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102

Kenneth E. West
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532